**J. C. WYNN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27470.

Court of Criminal Appeals of Texas.

March 16, 1955.

**Clyde MORRISON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27488.

Court of Criminal Appeals of Texas.

March 16, 1955.

No attorney on appeal.

Leon Douglas, State's Atty., Austin, for the State.

No attorney on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for aggravated assault on a female, with punishment assessed at a fine of $25.

As required by Art. 827, C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this court has no jurisdiction to entertain the appeal.

The appeal is dismissed.

PER CURIAM.

This purports to be an appeal from a conviction for unlawfully carrying a pistol, with punishment assessed at a fine of $100.

As required by Article 827, C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.